UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINE EICHNER,<br><br>        Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | Case No:  C 13-3635 SBA<br><br>**ORDER** |

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than December 3, 2013.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

    IT IS SO ORDERED.

Dated:  9/4/2013

                                                  _____
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge