UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE EICHNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Defendant. | Case No. 4:13-cv-03635-SBA<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Honorable Saundra Brown Armstrong |

　　　Based on the Stipulation of the parties and for good cause shown, the above captioned lawsuit is dismissed in its entirety with prejudice, with all parties to bear their own costs and fees. The Clerk shall close this file.

**IT IS SO ORDERED.**

　　　DATED: 9/23/2013　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　United States District Judge